IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                               ORDER

            Plaintiff,

                                                                                 95-CR-0073-C-01

     v.

UDARA A. WANIGASINGHE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The judgment and commitment order entered in this case on February 20, 2008 is amended to conform to the oral ruling from the bench that defendant Udara Wanigasinghe is released pending resolution of his appeal under the conditions of release imposed upon him by the United States Magistrate Judge on April 4, 2007.  Defendant's appeal raises substantial issues of law that could be resolved in his favor; his term of imprisonment is only four months; and it is unlikely that any appeal could be ready for decision before defendant

completed his term of imprisonment, let alone decided. In addition, I find that defendant is not likely to flee or pose a danger to any other person or the community.

Entered this 22d day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2