IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                 ORDER

                Plaintiff,

                                                             95-cr-73-bbc

     v.

UDARA A. WANIGASINGHE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Udara Wanigasinghe has asked for a stay of sentence pending the outcome of his petition for a writ of certiorari to the United States Supreme Court. The government opposes the motion, which will be denied. Defendant has lost at both the district court and the court of appeals level. The chances of his obtaining a writ of certiorari are exceedingly slim. Certainly they are insufficient to support a further stay of the execution of his sentence.

ORDER

      IT IS ORDERED that defendant Udara Wanigasinghe's motion for a stay pending

resolution of his petition for a writ of certiorari is DENIED.

Entered this 23d day of December, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge