IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

UDARA A. WANIGASINGHE,

                          Defendant.

ORDER

95-cr-73-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The December 30, 2008 order directing defendant Udara A. Wanigasinghe to report to the United States Marshals Office in Chicago, Illinois, is STAYED indefinitely, pending notification from the United States Marshals Service that defendant has been cleared to travel to Chicago, Illinois.

       Entered this 5th day of January, 2009.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge

2

Case: 3:95-cr-00073-bbc Document #: 74 Filed: 01/06/09 Page 2 of 2