IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                    Plaintiff,                    ORDER

v.

                                                      95-CR-073-C

UDARA ASELA WANIGASINGHE,

                    Defendant.
_____

      It is ORDERED that defendant UDARA ASELA WANIGASINGHE shall surrender to the custody of the United States Bureau of Prisons on January 22, 2009 to begin service of his sentence of imprisonment in this case.

      Entered this 22nd day of January 2008.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge