IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

             Plaintiff,

                                                  95-C-0073-C

    v.

UDARA A. WANIGASINGHE,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that the December 23, 2008 order is amended to require that defendant Udara A. Wanagasinghe surrender to the Bureau of Prisons by reporting to the United States Marshals Service at 219 South Dearborn Street, Chicago, Illinois between noon and 2:00 p.m. on January 5, 2009.

      In all other respects the order entered on December 23, 2008 remains unchanged.

      Entered this 30th day of December, 2008.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge