IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                        ORDER

         Plaintiff,

                        95-cr-73-bbc

    v.

UDARA A. WANIGASINGHE,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Udara A. Wanigasinghe has submitted a letter to the court which I construe as a motion for modification of his release date. His motion will not be considered, however, for two reasons. First, because defendant is represented by counsel, only submissions by counsel can be considered by the court. Second, on April 14, 2009, defendant's counsel filed a motion for sentence adjustment alleging the same facts and circumstances that defendant is alleging in his pro se motion. As sympathetic as I am to defendant's situation, as I explained in my April 14, 2009 order denying defendant's first

1

motion, I have no authority to entertain the motion.

Entered this 17th day of April, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge